| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** <br><br> **FOR CALENDAR YEAR 2004** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |
| --- | --- | --- |

| 1. **Person Reporting** *(Last name, first, middle initial)* <br><br> McLaughlin, Mary A. | 2. **Court or Organization** <br><br> District Court – EDPA | 3. **Date of Report** <br><br> 5/10/05 |
| --- | --- | --- |
| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge – Active | 5. **Report Type** (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial   X   Annual   ___ Final | 6. **Reporting Period** <br><br> 1/1/04 – 12/31/04 |
| 7. **Chambers or Office Address** <br> United States Courthouse <br> 601 Market Street, Room 3809 <br> Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| X **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| X **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |
| **A. Filer's Non-Investment Income** | | |
| X **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
| --- | --- | --- |
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Mary A. | 5/10/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __5/10/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin Mary A. | 5/10/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A | 5/10/05 |

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Artisan International (IRA) | A | Dividend | L | T | | | | | |
| DFA US 6-10 Small Co (IRA) | A | Dividend | L | T | | | | | |
| Pimco Total Return (IRA) | B | Dividend | N | T | Sale | 3/05 | N | E | |
| Vanguard Index 500 (IRA) | C | Dividend | N | T | | | | | |
| T. Rowe Price Mid Cap (IRA) | D | Dividend | M | T | | | | | |
| Pimco Low Duration (IRA) | D | Dividend | N | T | Purchase | 3/05 | N | | |
| Pimco Total Return | A | Dividend | | | Sale | 3/05 | M | D | |
| Vanguard Index 500 | B | Dividend | L | T | | | | | |
| Cash (IRA) Schwab Institutional | A | Dividend | J | T | | | | | |
| Cash Schwab Institutional | A | Dividend | J | T | | | | | |
| ICGE Stock | A | Dividend | J | T | | | | | |
| Ideal Labs Series D Preferred | A | Dividend | | | Sale | 6/30 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA
### UNITED STATES DISTRICT JUDGE
### 3809 UNITED STATES COURTHOUSE
### INDEPENDENCE MALL
### PHILADELPHIA, PENNSYLVANIA 19106-1743

CHAMBERS OF
## JUDGE MARY A. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

(267) 299-7600

FINANCIAL
DISCLOSURE OFFICE

2005 SEP -2 I A II: 01

RECEIVED

August 23, 2005

The Honorable Mary M. Lisi
Judicial Conference of the United States
Committee of Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re:  <u>Calendar Year 2004 Filing</u>

Dear Judge Lisi:

The following additional disclosures are in response to the questions that you posed in your correspondence dated August 11, 2005 regarding my **2004 Financial Disclosure Report.**

The Gabelli Asset Fund contained within my IRA account was sold in full on November 4, 2003. Proceeds were within the $100,000 to $250,000 range (Code M). The gain on the sale was less then $1,000 (Code A). This transaction was recorded on the 2003 Disclosure report; however, the word "Partial" was included in column D (1) in error. In addition, Column C for the 2003 Financial Disclosure form should have been left blank. This fund was entirely disposed of in 2003.

The Tweedy Browne Global Value Fund contained within my IRA account was sold in full on November 4, 2003. Proceeds were between $50,000 and $100,000 (Code K). The gain on the sale was less then $1,000 (Code A). This transaction was recorded on the 2003 Disclosure report; however, the word "Partial" was included in column D (1) in error. In addition, Column C for the 2003 Financial Disclosure form should have been left blank. This fund was entirely disposed of in 2003.

You also requested an explanation of the deletion of "Dechert Pension Plan." That entry should never have been put on the disclosure because I have never had a pension from Dechert. The disclosure form is done in the first instance by my financial consultant, and I did not notice in earlier years the description

of a Dechert pension plan.  It appeared on the draft my
consultant sent to me this year, and I deleted it.  I asked my
consultant to go back through his records to determine to what he
was referring by "Dechert Pension Plan."  He was not able to find
any paperwork on this entry.  His memory is that it was a $5,000
or $10,000 amount that he thought was some sort of pension.  I
cannot determine what that could be.

Feel free to call with any questions.

Sincerely,



MAM/cps